AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

EDWARD EUGENE DAVIS,

Petitioner,

v.

SHERIFF JOHN T. WILCHER,

Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-177

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 2, 2022, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's § 28 U.S.C. 2241 petition is dismissed. In forma pauperis status on appeal is denied. This action stands closed.

Approved by: _[signature]_

November 7, 2022
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020